AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
**DUE DATE**

| # | Field | Value |
|---|---|---|
| 1. | NAME | Wes Griggs |
| 2. | PHONE NUMBER | 979.345.5188 |
| 3. | DATE | 6/6/13 |
| 4. | MAILING ADDRESS | PO Box 517 |
| 5. | CITY | West Columbia |
| 6. | STATE | TX |
| 7. | ZIP CODE | 77486 |
| 8. | CASE NUMBER | 3:94CR00013-001 |
| 9. | JUDGE | Samuel B. Kent |
| 10. | FROM | |
| 11. | TO | 01/31/1995 |
| 12. | CASE NAME | United States of America vs Michael V. Nell |
| 13. | CITY | Galveston |
| 14. | STATE | Texas |

**15. ORDER FOR**
- ☐ APPEAL
- ☑ CRIMINAL
- ☐ CRIMINAL JUSTICE ACT
- ☐ BANKRUPTCY
- ☐ NON-APPEAL
- ☐ CIVIL
- ☐ IN FORMA PAUPERIS
- ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☑ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☑ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *[signature]*
19. DATE: 6/6/13

- ☐ EMAIL ONLY REQUIRED
- ☐ EMAIL AND HARD COPY REQUIRED
- ☐ EMAIL ADDRESS:

United States Courts
Southern District of Texas
FILED
JUN 07 2013
David J. Bradley, Clerk

20. TRANSCRIPT TO BE PREPARED BY

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY