UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Criminal Case 3:94–cr–00013 |
| | § | |
| Michael V. Neff | § | |

# Notice of Reassignment

Pursuant to General Order No. 2012–5, this case is reassigned to the docket of United States District Judge Gregg Costa. Deadlines in scheduling orders remain in effect.

Date: June 17, 2013

David J. Bradley, Clerk