**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:94-CR-13-01 (3-94-CR-13-01) |
| DEFENDANT | TYPE OF PROCESS |
| MICHAEL V. NEFF | Writ of Garnishment  Ally Financials |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Anna Jo Neff, Spouse
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
West Columbia, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Attn: Martha Minnis

United States District Court
Southern District of Texas
FILED
OCT 28 2013
David J. Bradley, Clerk of Court

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve defendant's spouse at address listed on attachment.

| Signature of Attorney other Originator requesting service on behalf of: | ✓ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>713/567-9000 | DATE<br>9/24/13 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 79 | District to Serve<br>No. C-79 | Signature of Authorized USMS Deputy or Clerk<br>Pat Lopez | Date<br>9/26/13 |
|---|---|---|---|---|---|

I hereby certify and return that I ✓ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
X Anna Jo Neff

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
Served at Valero gas station located at Hwy 288 and Hwy 6

| Date | Time | |
|---|---|---|
| 10-23-13 | 11:40 | ✓ am ☐ pm |

Signature of U.S. Marshal or Deputy
William Hook

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 9/30/2013 - Fwd to Galveston for service.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00