# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| v. | § § | CR. NO.: 3:94-CR-13-01 |
| Michael V. Neff, | § § | |
| Defendant, | § § | |
| and | § § | |
| Ally Financial, | § § § | |
| Garnishee. | § | |

## Order

The writ of garnishment to Ally Financial, is quashed.

Signed on _December 19_____, 2013.

_____
GREGG COSTA
UNITED STATES DISTRICT JUDGE