UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CR. NO.: 3:94-CR-13-01 |
| Michael V. Neff | § | |
| Defendant, | § | |
| and | § | |
| Texas Dow Employees Credit Union, | § | |
| Garnishee. | § | |

Order

The writ of garnishment to Texas Dow Employees Credit Union is quashed.

Signed on December 19, 2013.

_____
GREGG COSTA
UNITED STATES DISTRICT JUDGE